Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): ____________ Chapter 7

❑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

Tum Logistics Carrier Division, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

27 – 4297809

**4. Debtor's address**

**Principal place of business**

3311 Tiger Court
Number Street

Laredo, TX 78045
City State ZIP Code

Webb
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ____________

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ❑ Railroad (as defined in 11 U.S.C. §101(44))
- ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ❑ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ❑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ❑ Chapter 9
- ❑ Chapter 11. *Check all that apply:*
  - ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ❑ A plan is being filed with this petition.
  - ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ❑ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ❑ Yes. Debtor ______ Relationship ______

  District ______ When ______ (MM / DD / YYYY)

  Case number, if known ______

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☑ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ____________
Name

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/27/2026**
MM/ DD/ YYYY

✗ **/s/ Rafael Tawil**
Signature of authorized representative of debtor

**Rafael Tawil**
Printed name

Title **President**

**18. Signature of attorney**

✗ **/s/ Martin Seidler**
Signature of attorney for debtor

Date **10/27/2026**
MM/ DD/ YYYY

**Martin Seidler**
Printed name

**LAW OFFICES OF MARTIN SEIDLER**
Firm name

**One Elm Place, Suite 504**
Number Street

**San Antonio** **TX** **78230**
City State ZIP Code

**(210) 694-0300**
Contact phone

**marty@seidlerlaw.com**
Email address

**18000800** **TX**
Bar number State

Fill in this information to identify the case:

Debtor name: **Tum Logistics Carrier Division, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): ______ Chapter **7**

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*........ **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........ **$214,000.00**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*........ **$214,000.00**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........ **$458,660.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ **$132,102.83**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ **+ $8,556,999.30**

4. **Total liabilities**........ **$9,147,762.13**
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor Name **Tum Logistics Carrier Division, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** ____________

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **IBC Bank** | **Checking account** | **3649** | **$0.00** |
| 3.2. | **IBC Bank** | **Checking account** | **0627** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

4.1 ____________

4.2 ____________

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$0.00**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 ____________ ____________

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ____________
Name

7.2 ______________________________ ____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ______________________________ ____________

8.2 ______________________________ ____________

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. ____________

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____________ face amount - ____________ doubtful or uncollectible accounts =..... ➔ ____________

11b. Over 90 days old: ____________ face amount - ____________ doubtful or uncollectible accounts =..... ➔ ____________

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. ____________

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 ______________________________ ____________ ____________

14.2 ______________________________ ____________ ____________

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______________________________ ________ ____________ ____________

15.2. ______________________________ ________ ____________ ____________

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ____________
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ____________ ____________ ____________

16.2 ____________ ____________ ____________

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ____________

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
❑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

____________ MM / DD / YYYY ____________ ____________ ____________

20. **Work in progress**

____________ MM / DD / YYYY ____________ ____________ ____________

21. **Finished goods, including goods held for resale**

____________ MM / DD / YYYY ____________ ____________ ____________

22. **Other inventory or supplies**

____________ MM / DD / YYYY ____________ ____________ ____________

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. ____________

24. **Is any of the property listed in Part 5 perishable?**

❑ No
❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

❑ No
❑ Yes. Book value ____________ Valuation method ____________ Current value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

❑ No
❑ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ____________
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| ______ | ______ | ______ | ______ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| ______ | ______ | ______ | ______ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| ______ | ______ | ______ | ______ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| ______ | ______ | ______ | ______ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| ______ | ______ | ______ | ______ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. ______

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | | | | |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No

❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

❑ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2020 Freightliner Cascadia / held by Martinez Diesel Repair** | **unknown** | | **$25,000.00** |
| | 47.2 **2017 trailer TAG #U690911 / Being held in Laredo by creditor Romex** | **unknown** | | **$15,000.00** |

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*

Name

| | | | |
|---|---|---|---|
| 47.3 **2017 Trailer TAG#U703056 / VIN: Picked by b creditor At mechanic shop Multiservicios Adam, Nuevo Laredo, MX** | **unknown** | | **$15,000.00** |
| 47.4 **2020 Trailer TAG#001058T / Being held by creditor Tres Torres** | **unknown** | | **$18,000.00** |
| 47.5 **2020 Trailer TAG#017240T / Held at mechanics shop Multiservicios Adam, Nuevo Laredo, MX** | **unknown** | | **$16,000.00** |
| 47.6 **2020 Trailer TAG#017249T / Held by Creditor Tres Torres, Laredo, TX** | **unknown** | | **$16,000.00** |
| 47.7 **2017 Trailer TAG#U703052 / Wrecked - held by Directo Express - Laredo** | **unknown** | | **$18,000.00** |
| 47.8 **2018 Trailer TAG#UB11889 / Held by creditor Tres Torres - Laredo, TX** | **unknown** | | **$16,000.00** |
| 47.9 **2017 Trailer TAG#493766T / held by creditor Rotex Truck Center, Laredo, TX** | **unknown** | | **$15,000.00** |
| 47.10 **2017 Trailer TAG#U69993 / held by Rotex Truck Center, Laredo, TX** | **unknown** | | **$15,000.00** |
| 47.11 **2017 Trailer TAG#U70431 / held by Rotex Truck Center, Laredo, TX.** | **unknown** | | **$15,000.00** |
| 47.12 **2017 Trailer TAG#U699927 / Held at mechanic shop Multiservicios Adam, Nuevo Laredo, MX** | **unknown** | | **$15,000.00** |
| 47.13 **2017 Trailer U703288 / held by Rotex Truck Center, Laredo, Texas** | **unknown** | | **$15,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8** **$214,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ____________
Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. ____________

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
____ Total face amount – doubtful or uncollectible amount = ➔

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year ____
Tax year ____
Tax year ____

73. **Interests in insurance policies or annuities**

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim** ______

**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** ______

**Amount requested** ______

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ❑ No
- ❑ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $214,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ........ ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. | **Total.** *Add lines 80 through 90 for each column.* ........91a. | $214,000.00 | + 91b. |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ | | $214,000.00 |

Fill in this information to identify the case:

Debtor name Tum Logistics Carrier Division, Inc.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | $392,000.00 | $189,000.00 |

**2.1 Creditor's name**

Bowman Trailer Leasing

**Creditor's mailing address**

8110 Mintes Road

Laredo, TX 78045

**Creditor's email address, if known**

______________

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

See continuation page.

**Describe debtor's property that is subject to a lien**

2017 trailer TAG #U690911, 2017 Trailer TAG#U703056, 2020 Trailer TAG#001058T, 2020 Trailer TAG#017240T, 2020 Trailer TAG#017249T, 2017 Trailer TAG#U703052, 2018 Trailer TAG#UB11889, 2017 Trailer TAG#493766T, 2017 Trailer TAG#U69993, 2017 Trailer TAG#U70431, 2017 Trailer TAG#U699927, 2017 Trailer U703288

**Describe the lien**

lease

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

**Remarks:** has security interest in___trailers

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $458,660.00

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number (if known) ______________________

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.2 Creditor's name**

**Flagstar Financial and Leasing LLC**

**Creditor's mailing address**

**100 Duffy Ave. #402**

**Hicksville, NY 11801**

**Creditor's email address, if known**

______________________

**Date debt was incurred** ______________

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Martinez Diesel Repair; **2) Flagstar Financial and Leasing LLC**
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Freightliner Cascadia

**Describe the lien**

______________________

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: **$19,000.00**

Column B: **$25,000.00**

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number (if known)

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.3 Creditor's name** Martinez Diesel Repair<br>**Describe debtor's property that is subject to a lien** 2020 Freightliner Cascadia | **$5,000.00** | **$25,000.00** |

**Creditor's mailing address**

8001 San Dario Avenue

Laredo, TX 78045

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe the lien**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number (if known) ____________________

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4 Creditor's name**
**Multiservicio Adam**

**Creditor's mailing address**
**Tricornio 9309 Col Enrique Cardenas CP**
**Nuevo Laredo**
**Tamaulipas, CP 88200,**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ☑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
2017 Trailer TAG#U703056, 2020 Trailer TAG#017240T, 2017 Trailer TAG#U699927

| Column A | Column B |
|---|---|
| **unknown** | **$46,000.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ❑ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Debtor **Tum Logistics Carrier Division, Inc.** Case number (if known) ____________
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **2.5 Creditor's name** Rotex Truck Center<br>**Describe debtor's property that is subject to a lien** 2017 Trailer TAG#U69993, 2017 Trailer TAG#U70431, 2017 Trailer U703288, 2017 Trailer TAG#493766T | unknown | $60,000.00 |

**Creditor's mailing address**
11802 Sara Road
Laredo, TX 78045

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number (if known) ______

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Describe debtor's property that is subject to a lien | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.6 Creditor's name** Transportes 3 Torres | 2020 Trailer TAG#001058T, 2020 Trailer TAG#017249T, 2018 Trailer TAG#UB11889 | **$42,660.00** | **$50,000.00** |

**Creditor's mailing address**
Plan de Ayala 603
Emiliano Zapata
Salinas Victoris, Nuevo Leon
Mexico,

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ☑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ❑ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ☑ Disputed

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number (if known)

**Part 1:** Additional Page

**2.1 Creditor's name**

**Bowman Trailer Leasing**

**Specify each creditor, including this creditor, and its relative priority.**

For 2017 Trailer TAG#U703056: **1) Bowman Trailer Leasing**; 2) Multiservicio Adam; For 2020 Trailer TAG#001058T: **1) Bowman Trailer Leasing**; 2) Transportes 3 Torres; For 2020 Trailer TAG#017240T: **1) Bowman Trailer Leasing**; 2) Multiservicio Adam; For 2020 Trailer TAG#017249T: **1) Bowman Trailer Leasing**; 2) Transportes 3 Torres; For 2018 Trailer TAG#UB11889: **1) Bowman Trailer Leasing**; 2) Transportes 3 Torres; For 2017 Trailer TAG#493766T: **1) Bowman Trailer Leasing**; 2) Rotex Truck Center; For 2017 Trailer TAG#U69993: **1) Bowman Trailer Leasing**; 2) Rotex Truck Center; For 2017 Trailer TAG#U70431: **1) Bowman Trailer Leasing**; 2) Rotex Truck Center; For 2017 Trailer TAG#U699927: **1) Bowman Trailer Leasing**; 2) Multiservicio Adam; For 2017 Trailer U703288: **1) Bowman Trailer Leasing**; 2) Rotex Truck Center

Fill in this information to identify the case:

Debtor name **Tum Logistics Carrier Division, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>**City of Laredo**<br>**Tax Assessor-Collector**<br>**P.O. Box 6548**<br>**Laredo, TX 78042**<br><br>**Date or dates debt was incurred**<br>____________<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the Claim:**<br>____________<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$132,102.83** | **unknown** |
| 2.2 | **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br><br>**Date or dates debt was incurred**<br>____________<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>____________<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | ____________ | ____________ |

Debtor: **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ____________

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
501 RT
Antiguo Camino Guanajuato de Arriba
Villas el Nogar, 25904
Ramos Arizpe, Coah, Mexico,

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.2 Nonpriority creditor's name and mailing address**
Abraham I. C. Davila
C. Ayuntamiento Sur #12
Col. Infonavit Fundadores
Nuevo Laredo, Mexico 88275,

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.3 Nonpriority creditor's name and mailing address**
Ace Cash Express, Inc.
Attn: Collections Department
1231 Greenway Dr #700
Irving, TX 75038

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.4 Nonpriority creditor's name and mailing address**
Adriana Romero Garcia
Jesus Carranza #2306
Col Guerrero

Nuevo Laredo, Mexico 88240,

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$700.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

**Aguila Auto Glass**
**724 E. Florence Avenue**
**Los Angeles, CA 90001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**

**Alfonso Mendez Torres**
**C Lago Wetter 37 Fraccionamiento**
**los Manantiales CP 54420**
**Nicolas Romero, Mexico,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

**Ally Active Bankruptcy Department**
**Ally Financial**
**P.O Box 130424**
**Roseville, MN 55113**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.9** **Nonpriority creditor's name and mailing address**
Alvaro L. Martinez, CPA
8917 Molly Drive Unit 12
Laredo, TX 78045

**As of the petition filing date, the claim is:** **$2,175.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Amparts Sourcing, Inc.
9117 San Mateo Drive Ste. C
Laredo, TX 78045

**As of the petition filing date, the claim is:** **$2,725.49**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Amtrust (autoliability)
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

**As of the petition filing date, the claim is:** **$199,458.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
Amtrust Collateral
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

**As of the petition filing date, the claim is:** **$83,412.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.13** **Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**As of the petition filing date, the claim is:** **$1,420.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 2 - 1

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**As of the petition filing date, the claim is:** **$6,204.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 1 - 2

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**As of the petition filing date, the claim is:** **$4,333.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 9 - 1

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 4 - 1

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.17 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O .Box 5876
Cleveland, OH 44103

**Date or dates debt was incurred**

**Last 4 digits of account number** 4 3 - 2

**As of the petition filing date, the claim is:** $7,551.52
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred**

**Last 4 digits of account number** 8 8 - 1

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred**

**Last 4 digits of account number** 9 0 - 1

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred**

**Last 4 digits of account number** 7 8 - 2

**As of the petition filing date, the claim is:** $622.67
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ____________

**Part 2:** Additional Page

**3.21 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 7 8 - 3

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 5 7 - 2

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 4 5 - 2

**As of the petition filing date, the claim is:** **$6,220.38**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 6 9 - 1

**As of the petition filing date, the claim is:** **$3,791.56**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.25 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

Date or dates debt was incurred

Last 4 digits of account number 5 0 - 3

As of the petition filing date, the claim is: **$509.14**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

Date or dates debt was incurred

Last 4 digits of account number 4 5 - 4

As of the petition filing date, the claim is: **$3,779.62**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
Amtrust Financial
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$199,458.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
Amtrust Financial (Brown & Joseph)
One Pierce Place #700W
Itasca, IL 60143

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.29 Nonpriority creditor's name and mailing address**
Armando Rangel Esquivel
Calamento 414
C.P. 26083
Piedras Negras
Coahuila de Zaragoza, Mexico,

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

**3.30 Nonpriority creditor's name and mailing address**
Arturo Noe Gonzalez Martinez
Rio Tejon #86
Col. Infonavit Fundadores
Nuevo Laredo, Mexico 88275,

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

**3.31 Nonpriority creditor's name and mailing address**
Ascentium Capital
23970 HWY 59 N
Kingwood, TX 77339

**As of the petition filing date, the claim is:** $168,423.88
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

**3.32 Nonpriority creditor's name and mailing address**
Ascentium Capital
23970 US-59
Kingwood, TX 77339

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**
**Last 4 digits of account number**

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.33 Nonpriority creditor's name and mailing address**
**Asset Compliant Solutions**
**65 Lawrence Bell Drive Ste 101**
**Buffalo, NY 14221**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$9,648.21**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34 Nonpriority creditor's name and mailing address**
**Autolineas Inter-Mex**
**Carretera Libre, Autop. Monterrey**
**65580 Cienega de Flores**
**Nuevo Laredo KM 26, N.L., Mexico,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.35 Nonpriority creditor's name and mailing address**
**Autotransportes MIL**
**Hacienda San Antonio #6521**
**Nuevo Laredo, Mexico 88130,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
**Azaneth Esmeralda Sosa Beltran**
**Monterrey #414**
**Col. Roma**
**Nuevo Laredo, Mexico 88285,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.37 Nonpriority creditor's name and mailing address**
Bank of America
Bankruptcy Department
16100 N. Dallas Pkwy.
Addison, TX 75001

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.38 Nonpriority creditor's name and mailing address**
Bank of America
100 N. Tryon St.
Charlotte, NC 28202

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.39 Nonpriority creditor's name and mailing address**
Bank of America
110 N. Wacker Drive
Chicago, IL 60606

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $142,362.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40 Nonpriority creditor's name and mailing address**
Barranco Properties
13908 & 13920 Copper Dr.
Laredo, TX 78045

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $3,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.41 Nonpriority creditor's name and mailing address**
Besstpass by Fleetworthy
500 New Karner Road
Albany, NY 12205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $2,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42 Nonpriority creditor's name and mailing address**
BlueCross/BlueShield
P.O. Box 660044
Dallas, TX 75266

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43 Nonpriority creditor's name and mailing address**
BMO Commercial Bank
3925 Fountains Dr. NE
Cedar Rapids, IA 52411

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $12,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44 Nonpriority creditor's name and mailing address**
bmo harris bank, N.A.
111 W. Monroe St.
Chicago, IL 60603-4096

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $268,304.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.45** **Nonpriority creditor's name and mailing address**
**Border Recapping, LLC d/b/a Border Tire**
**P. O. Box 675129**
**Dallas, TX 75267**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,392.75**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Border Tire**
**13609 Cabezut Dr.**
**Laredo, TX 78045**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,500.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**Bowman Sales & Equipment**
**15935 Spielman Rd.**
**Williamsport, MD 21795**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
**Bowman Sales & Equipment**
**10233 Governor Lane Blvd.**
**Williamsport, MD 21795**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2: Additional Page**

**3.49 Nonpriority creditor's name and mailing address**
Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.50 Nonpriority creditor's name and mailing address**
Canon Financial Services, Inc.
158 Gaither Drive Ste. 200
Mount Laurel, NJ 08054

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $18,812.94
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.51 Nonpriority creditor's name and mailing address**
Canon Financial Servines, Inc.
14904 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $20,956.04
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.52 Nonpriority creditor's name and mailing address**
Carlos A. Valdivia de Leon
C. S Guardiola #6014,
Col. Villas del Sur
Nuevo Laredo, Mexico 88290,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.53 Nonpriority creditor's name and mailing address**
**Castillo, Reyes & Del Rio Law Group, LLC**
**401 E Hillside Road**
**Laredo, TX 78041**

**As of the petition filing date, the claim is:** **$151,065.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** taxes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Attorneys for United ISD TAX Office

**3.54 Nonpriority creditor's name and mailing address**
**CD Express, SA de CV**
**Fraccionamiento America 1**
**Nuevo Laredo, Mexico 88293,**

**As of the petition filing date, the claim is:** **$3,475.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55 Nonpriority creditor's name and mailing address**
**Citibank/The Home Depot**
**Citicorp Cr Svcs/Centralized Bankruptcy**
**P.O. Box 790040**
**Saint Louis, MO 63179**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56 Nonpriority creditor's name and mailing address**
**City of Cumby Municipal Court**
**P. O. Box 349**
**Cumby, TX 75433**

**As of the petition filing date, the claim is:** **$260.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.57 Nonpriority creditor's name and mailing address**

**City of Laredo**
**Tax Assessor - Collector**
**P. O. Box 6548**
**Laredo, TX 78042**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

**City of Laredo**
**1102 Bob Bullock Loop**
**Laredo, TX 78042**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.59 Nonpriority creditor's name and mailing address**

**City of Laredo**
**Flores, Flores & Canales**
**5517 McPherson Road #15**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

**Claudia Catalina Cuellar Lara**
**Av. Alvaro Obregon #2339**
**Col. Juarez**
**Nuevo Laredo, Mexico 88209,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.61** **Nonpriority creditor's name and mailing address**
**Comdata, Inc.**
**5301 Maryland Way Ste 100**
**Brentwood, TN 37027**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
**Cooling The World USA LLC**
**4109 Trade Center Blvd.**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$350,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
**Corp. CLC Solutions, S De R.L. De CV**
**Carretera Libramiento MEX II, #0**
**Int. O., EJido El Progreso E. Santos**
**Nuevo Laredo, Mexico 88000,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
**Corporation CLC Solutions S De RL de CV**
**Arco Vial #5, Apodaca**
**Neuvo Leon, Mexico 66613,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$40,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ______

**Part 2:** Additional Page

**3.65** **Nonpriority creditor's name and mailing address**
**Crossroads Equipment Lease**
**Padfield & Stout**
**100 Throckmorton St. #700**
**Fort Worth, TX 76102**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

**3.66** **Nonpriority creditor's name and mailing address**
**Crossroads Equipment Lease & Finance**
**9385 Haven Ave**
**Rancho Cucamonga, CA 91730**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **8 9 4 3**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$369,551.19**

**3.67** **Nonpriority creditor's name and mailing address**
**Crossroads Equipment Lease & Finance**
**9385 Haven Ave**
**Rancho Cucamonga, CA 91730**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **8 9 4 4**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$123,169.26**

**3.68** **Nonpriority creditor's name and mailing address**
**Crossroads Equipment Lease & Finance**
**9385 Haven Avenue**
**Rancho Cucamonga, CA 91730**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **8 9 4 5**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$122,896.41**

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ______

**Part 2:** Additional Page

**3.69 Nonpriority creditor's name and mailing address**

**D3 Real Estate Consultants, Inc.**
**P.O. Box 592226**
**San Antonio, TX 78259**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$23,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

**Daimler Truck Financial**
**14372 Heritage Parkway**
**Fort Worth, TX 76177**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$9,648.21**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.71 Nonpriority creditor's name and mailing address**

**Daniel Camarillo Trejo**
**Chihuahua #510**
**Col. Enrique Cardenas Gonzalez**
**Nuevo Laredo, Tamaulipas, CP 88295,**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

**DAT Solutions**
**10260 SW Greenburg Road Ste 464**
**Portland, OR 97223**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 2: Additional Page

**3.73** **Nonpriority creditor's name and mailing address**
**Diesel Leasing & Finance**
**16945 Northchase Dr. #1610**
**Houston, TX 77060**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**
**Digital Display Solutions**
**318 Martin Avenue**
**Santa Clara, CA 95050**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$17,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
**Digital Display Solutions, INc.**
**12223 San Pedro Ave**
**San Antonio, TX 78216**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
**Digital Document Solutions**
**8640 San Lorenzo Dr. #A**
**Laredo, TX 78045**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.77 Nonpriority creditor's name and mailing address**
**Doggett Freightliner**
**12002 FM 1472**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78 Nonpriority creditor's name and mailing address**
**Doggett Freightliner of South Texas, LLC**
**12002 FM 1472**
**Converse, TX 78109**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$407,784.76**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79 Nonpriority creditor's name and mailing address**
**DX X-press, SA de CV**
**Libramiento Mex II**
**Km 24.5.**
**Nuevo Laredo, Mexico 88000,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80 Nonpriority creditor's name and mailing address**
**Eastern Funding**
**213 West 35th Street**
**New York, NY 10001**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.81 Nonpriority creditor's name and mailing address**
Edith Villegas indiv.&
as executor Silver Angel Est.
c/o Austin Townsend, 509 Milam St.
Shreveport, LA 71101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** vehicle collision

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

**3.82 Nonpriority creditor's name and mailing address**
Edna Dinorah M. Monzon
C. Francisco M Parra Norte #41
Col. Infonavit Fundadores
Nuevo Laredo, Tamaulipas, CP 88275,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

**3.83 Nonpriority creditor's name and mailing address**
EFS - Wex
P. O. Box 57748
Salt Lake City, UT 84157

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$23,942.94

**3.84 Nonpriority creditor's name and mailing address**
EFS, LLC
4031 Aspen Grove Dr. #350
Franklin, TN 37067

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.85** **Nonpriority creditor's name and mailing address**
EIGS Global Interchanges
6108 McPherson Road
Laredo, TX 78041

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$7,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**
Enlaces de Transportes Int. SA de CV
Venazuela 1901 Col. Guerrero CP

Nuevo Laredo, Mexico 88240,

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$35,750.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**
Equify Financial
6500 W. Freeway #900
Fort Worth, TX 76116

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
Esther Heredia Cantu
Daniel Hernandez Isais #8915
Col. La Joya
Nuevo Laredo, Tamaulipas, CP 88125,

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.89 Nonpriority creditor's name and mailing address**
**Express Shipping Solutions**
**3311 Tiger Court**
**Laredo, TX 78045**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.90 Nonpriority creditor's name and mailing address**
**Farmers Insurance**
**P. O. Box 149226**
**Austin, TX 78714-9226**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.91 Nonpriority creditor's name and mailing address**
**Faro Factoring**
**7613 Rocio Dr. #1**
**Laredo, TX 78041**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.92 Nonpriority creditor's name and mailing address**
**Fernando Martinez Hernanez**
**Canales #1306**
**Col. Victoria**
**Nuevo Laredo, Mexico 88030,**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.93 Nonpriority creditor's name and mailing address**
Ferremac
Vulkanizadora eva samano
C Eva Samano 1829 Parque Indus. Longoria
Nuevo Laredo, Mexico 88134,

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* unknown
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.94 Nonpriority creditor's name and mailing address**
FIA/Bank of America
Bankruptcy Dept. NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* unknown
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.95 Nonpriority creditor's name and mailing address**
Fidel Angel Zamarron Villanueva
Aguila 2104 Lomas Del Rio CP
Nuevo Laredo, Mexico 88179,

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* unknown
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.96 Nonpriority creditor's name and mailing address**
Financial Pacific Leasing
3455 S 344th Way Ste 300
Auburn, WA 98001

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.* $5,000.00
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.97** **Nonpriority creditor's name and mailing address**

**FINVI Payments**
**700 District Ave 9th floor**
**Burlington, MA 01803**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**

**First Insurance Funding**
**135 S. LaSalle St. Dept. 8075**
**Chicago, IL 60674-8075**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**

**First Insurance Funding**
**450 Skokie Blvd. #1000**
**Northbrook, IL 60062**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**

**Flagstar Financial and Leasing LLC**
**100 Duffy Ave. #402**
**Hicksville, NY 11801**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.101** **Nonpriority creditor's name and mailing address**
**Flexcoah SA DE CV**
**Lib. Jose Lopez Portillo 206**
**Los Laurelees, 25357**
**Arteaga, Coah, Mexico,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
**Flores, Flores & Canales, PLLC**
**5517 McPherson Road Ste. 15**
**Laredo, TX 78041**

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Remarks:** Attorneys for City of Laredo

**As of the petition filing date, the claim is:** **$127,188.07**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
**Francisco Javier Alba De la Cruz**
**Av. Leona Vicario #28, Col. La Joya**
**Nuevo Laredo, Mexico 88240,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
**Freed Jesus Rodriguez Garcia**
**C Florencio Alvarado #11**
**Col Nueva Era**
**Nuevo Laredo, Mexico 88136,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ____________

**Part 2:** Additional Page

**3.105 Nonpriority creditor's name and mailing address**
**Fuentes Firm**
**1846 N. Loop 1604 W. #205**
**San Antonio, TX 78232**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.106 Nonpriority creditor's name and mailing address**
**Gabriela Bereniz Salazar Melendez**
**C. Cerro del Grillo #704**
**Fracc. Colinas del Sur**
**Nuevo Laredo, Mexico 88296,**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.107 Nonpriority creditor's name and mailing address**
**Gerardo Madera Medina**
**C. Zihuatanejo #1033**
**Col. Buenavista**
**Nuevo Laredo, Mexico 88120,**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.108 Nonpriority creditor's name and mailing address**
**Geronimo Munoz Guzman**
**Calle 26 #401**
**Fracc. Valles de Anahuac**
**Nuevo Laredo, Mexico 88285,**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.109** **Nonpriority creditor's name and mailing address**
**Global Interchanges, LLC**
**133 Yellowstone Lake Drive**
**Laredo, TX 78041**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,860.08**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**
**Gmc Lubricantes de Importacion SA de CV**
**Enrique Cardenas Gonzalez**
**Nuevo Laredo, Mexico 88295,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.111** **Nonpriority creditor's name and mailing address**
**Grupo Transportista R-Mex, SA de CV**
**Avenida, Gonzalitos #250A 2do**
**Piso, Vista Hermosa**
**Monterrey, Mexico 64460,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$71,830.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
**Heriberto David Zuniga Chaires**
**Articulo 18 823 Nte**
**Col. Constitucional**
**Nuevo Laredo, Mexico 88177,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.113 Nonpriority creditor's name and mailing address**
**Industria Vital de NL SA de CV**
**Belisario Dominguez 3835**
**Col. Jardin, Nuevo Laredo, Mexico,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$335,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.114 Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Attn: Special Procedures Group**
**300 E. 8th St., STOP 5022 AUS**
**Austin, TX 78701**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.115 Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Special Procedures Insolv.Sec.**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$105,437.32**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.116 Nonpriority creditor's name and mailing address**
**IPFS Corporation**
**1055 Broadway 11th Floor**
**Kansas City, MO 64105**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.117 Nonpriority creditor's name and mailing address**

**Ivan Villanueva Chacon**
**Fernando Canto #71 Nte**
**Col. Infonavit Fundadores**
**Nuevo Laredo, Mexico 88275,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.118 Nonpriority creditor's name and mailing address**

**Jesus Adad Pena Sifuentes**
**Lincoln #5615, Col. Palacios**
**Nuevo Laredo, Mexico 88220,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.119 Nonpriority creditor's name and mailing address**

**Jesus Osvaldo Alanis Frayre**
**Pol. Berlin #1757**
**Col Unidad Nacional**
**Nuevo Laredo, Mexico 88135,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

**JM Forwarding**
**7100 Santa Maria Ave.**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,500.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.121 Nonpriority creditor's name and mailing address**

Jonnatan Horacio Gonzalez Solies
Cda Toluca #40
Pblo San Juan Atlamica
Cuautitlan Izaclli, Mexico CP 54729,

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

Jose Angel E Valadez
Anillo Electronico
243 Co. Torre de Santo Domingo
Nuevo Leon, San Nicolas de la Garza,

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.123 Nonpriority creditor's name and mailing address**

Jose E. Marquez Martinez
Carmen U de Rendon #1319
Fracc Nuevo Progreso, Nuevo Laredo
Tamaulipas, CP 88177,

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

Jose Eleazar C. Hernandez
San Martin #65
Col. Loma de la Cruz
Nicolas Romero, Edo
de Mexico, CP 54475,

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.125 Nonpriority creditor's name and mailing address**
**JP Ideas, LLC**
**1812 Commerce Dr. #8**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.126 Nonpriority creditor's name and mailing address**
**Karla Regina Hernandez Ibarra**
**Ocampo #4152**
**Col. Campestre**
**Nuevo Laredo**
**Tamaulipas, CP 88278,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.127 Nonpriority creditor's name and mailing address**
**Kazen, Meurer & Perez, LLP**
**P.O. Box 6237**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.128 Nonpriority creditor's name and mailing address**
**Kyrish Truck Centers**
**1380 Ackerman Road**
**San Antonio, TX 78219**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,501,600.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.129** **Nonpriority creditor's name and mailing address**
**Laredo Antidoping Agency LLC**
**302 Crossroads Ste. F**
**Laredo, TX 78045**

**As of the petition filing date, the claim is:** **$3,050.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**
**Laredo Bridge Systems**
**1209 Water Street**
**Laredo, TX 78040**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.131** **Nonpriority creditor's name and mailing address**
**Laredo College**
**5500 South Zapata Highway**
**Laredo, TX 78046**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.132** **Nonpriority creditor's name and mailing address**
**Laredo Community College**
**c/o Kazen, Meurer & Perez, LLP**
**211 Calle Del Norte Ste. 200**
**Laredo, TX 78041**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 2: Additional Page

**3.133 Nonpriority creditor's name and mailing address**
**Law Offices of Isaac H. Greenfield PLLC**
**2 Executive Boulevard**
**Suffern, NY 10901**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$17,176.01**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.134 Nonpriority creditor's name and mailing address**
**Llantas y Refacciones de Matamoros**
**Carr Nacional Mexico Laredo**
**7810 los Aviadores**
**Nuevo Laredo, Mexico 88295,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.135 Nonpriority creditor's name and mailing address**
**Luis Israel Sanchez Sandoval**
**Chenalho MZA LT**
**6 Lomas Del Pedregal C.P.**
**14220 Tlalpan, D.F.,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.136 Nonpriority creditor's name and mailing address**
**M & T Equipment Finance Corp.**
**345 Main Street**
**Buffalo, NY 14203**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.137** **Nonpriority creditor's name and mailing address**
**MAC Conexiones y Mangueras**
**Jesus Carranza #2306**
**Col. Guerrero**
**Nuevo Laredo, Mexico 88187,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**
**Mario Alberto Mauricio Flores**
**Rio Volga #828**
**Col. Arturo C Villada VYT II**
**Nuevo Laredo, Mexico 88125,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.139** **Nonpriority creditor's name and mailing address**
**Mauricio Quintanilla**
**c/o Arminak Law**
**330 N. Brand Blvd. #902**
**Glendale, CA 91203**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **notice**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.140** **Nonpriority creditor's name and mailing address**
**McKinney Trailer Leasing**
**2601 Saturn St. #100**
**Brea, CA 92821**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.141 Nonpriority creditor's name and mailing address**

**McKinney Trailer Rentals**
**P. O. Box 515574**
**Los Angeles, CA 90051**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$26,290.86**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.142 Nonpriority creditor's name and mailing address**

**McKinney Vehicle Services, Inc.**
**4450 B St NW**
**Auburn, WA 98001**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.143 Nonpriority creditor's name and mailing address**

**Mcleod (Szabo Associates)**
**3355 Lenox Road NE Ste 945**
**Atlanta, GA 30326**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$29,987.58**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

**McLeod Software**
**100 Corporate Parkway**
**Birmingham, AL 35242**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$31,037.58**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.145** **Nonpriority creditor's name and mailing address**
**Melanie Marian Carreon Heredia**
**Cerro de la Bufa #760**
**Col. Colinas del Sur**
**Nuevo Laredo, Mexico 88296,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.146** **Nonpriority creditor's name and mailing address**
**Mexus Cold Storage**
**1214 Beltway Pkwy**
**Laredo, TX 78045**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.147** **Nonpriority creditor's name and mailing address**
**Microsoft**
**750 Town and Country Blvd Ste 1000**
**Houston, TX 77024**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.148** **Nonpriority creditor's name and mailing address**
**Microsoft**
**4331 Communications Drive**
**Irving, TX 75039**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.149** **Nonpriority creditor's name and mailing address**
**Miguel Angel Pena Gomez**
**Agerato #809**
**Fracc. Valles de Anahuac**
**Nuevo Laredo, Mexico 88285,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**
**Miguel Armando Ayala Marrufo**
**Leona Vicario #1514**
**Col. Guerrero**
**Nuevo Laredo, Mexico 88240,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151** **Nonpriority creditor's name and mailing address**
**Miguel Quintanilla Hernandez**
**3311 Tiger Court**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$250,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loand

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**
**Miguel Quintanilla Hernandez**
**3311 Tiger Court**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$250,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loans

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.153 Nonpriority creditor's name and mailing address**
**Mitsubishi**
**3700 River Walk Drive Ste 145**
**Flower Mound, TX 75028**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

**3.154 Nonpriority creditor's name and mailing address**
**Mitsubishi HC Capital**
**21925 Network Place**
**Chicago, IL 60673**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$5,386.00**

**3.155 Nonpriority creditor's name and mailing address**
**Mitsubishi HC Capital America, Inc.**
**777 International Parkway #240**
**Mckinney, TX 75072**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** lease

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

**3.156 Nonpriority creditor's name and mailing address**
**Montemayor & Saenz, PLLC**
**1020 Juarez Avenue**
**Laredo, TX 78040**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$32,372.73**

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.157** **Nonpriority creditor's name and mailing address**
**Multiservicio Adam**
**Tricornio 9309 Col Enrique Cardenas CP**
**Nuevo Laredo, Mexico 88200,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**
**Muralla Tires**
**407 Interamerica Blvd.**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.159** **Nonpriority creditor's name and mailing address**
**New York State Thruway Authority**
**P. O. Box 15030**
**Wilmington, DE 19850**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**
**North Texas Toll Authority (NTTA)**
**2800 Commerce Dr.**
**Harrisburg, PA 17110**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$324.72**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.161 Nonpriority creditor's name and mailing address**
**NP Wireless, LLC**
**3002 O Henry Drive**
**Laredo, TX 78041**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.162 Nonpriority creditor's name and mailing address**
**Oklahoma Turnpike Authority**
**P. O. Box 248935**
**Oklahoma City, OK 73124**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.163 Nonpriority creditor's name and mailing address**
**Omnitracts, LLC**
**1500 Solana Boulevard Bldg. 6**
**Roanoke, TX 76262**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$59,354.38**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.164 Nonpriority creditor's name and mailing address**
**Oregon Dept. Trans. CCD**
**455 Airport Rd. SE Bldg a**
**Salem, OR 97307**

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Remarks:** notice only

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.165** **Nonpriority creditor's name and mailing address**
**Osvaldo Acevedo Arrguin**
**Chenalho MZA LT 6**
**Lomas Del Pedregal CP**
**14220 Tlalpan, D.F.,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.166** **Nonpriority creditor's name and mailing address**
**Patricia Barrera, RTA**
**1110 Victoria #107**
**Laredo, TX 78040**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.167** **Nonpriority creditor's name and mailing address**
**Pedro Marquez Mendez**
**C. San Vicente #935**
**Fracc, Villas de San Miguel**
**Nuevo Laredo, Mexico 88283,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.168** **Nonpriority creditor's name and mailing address**
**Penske Truck Leasing**
**Rt. 10 Green Hills**
**Reading, PA 19603**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$58,643.94**

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.169 Nonpriority creditor's name and mailing address**
**Penske Truck Leasing (Clark Hill)**
**2001 Market St. #2620**
**Philadelphia, PA 19103**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,196,924.68**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.170 Nonpriority creditor's name and mailing address**
**People's United Equipment Finance Corp.**
**1300 Post Oak Boulevard Ste 1300**
**Houston, TX 77056**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,456.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.171 Nonpriority creditor's name and mailing address**
**Pilot Company**
**5508 Lonas Drive**
**Knoxville, TN 37909**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$34,712.19**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.172 Nonpriority creditor's name and mailing address**
**Pilot Travel Centers**
**14070 Mines Road**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.173** **Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**3001 Summer St.**
**Stamford, CT 06905**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.174** **Nonpriority creditor's name and mailing address**
**Pure Water Partners, LLC**
**123 S 3rd Avenue Ste. 28**
**Sandpoint, ID 83864**

**As of the petition filing date, the claim is:** **$2,427.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**
**Qualitas Web**
**C Veracruz 1656**
**Madero, 88270 Nuevo Laredo, Tamps**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

**3.176** **Nonpriority creditor's name and mailing address**
**Rafael Beltran Gaona**
**Berlin #2014**
**Col. 20 de Noviembre**
**Nuevo Laredo, Mexico 88134,**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.177 Nonpriority creditor's name and mailing address**
**Rafael Tawil Rizo**
**3311 Tiger Court**
**Laredo, TX 78045**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loans

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178 Nonpriority creditor's name and mailing address**
**Raven F. Benoit**
**Duplas, APLC**
**433 Metairie Rd. #600**
**Metairie, LA 70005**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** notice only

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.179 Nonpriority creditor's name and mailing address**
**Reliance Partners**
**c/o Lawrence J. Falli**
**3821 Juniper Trace Ste. 108**
**Austin, TX 78738**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.180 Nonpriority creditor's name and mailing address**
**Reliance Partners (Barnett & Garcia)**
**3821 Juniper Trace #108**
**Austin, TX 78738**

**As of the petition filing date, the claim is:** **$29,108.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)* ______
Name

## Part 2: Additional Page

**3.181 Nonpriority creditor's name and mailing address**
**Reliance Partners, LLC**
**P. O. Box 11227**
**Chattanooga, TN 37401**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.182 Nonpriority creditor's name and mailing address**
**Rene Alexis Garcia Sosa**
**Palmenos #25**
**Col Mier y Teran**
**Nuevo Laredo, Mexico 88240,**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.183 Nonpriority creditor's name and mailing address**
**Reynaldo Requena Rodriguez**
**C. Mar del Coral #938**
**Nuevo Laredo, Mexico 88290,**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.184 Nonpriority creditor's name and mailing address**
**RG Tire**
**Carr Nacional Mexico Laredo**
**7810 Los Aviadores**
**Nuevo Laredo, Mexico 88295,**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 2: Additional Page

**3.185 Nonpriority creditor's name and mailing address**
**RGSL Central**
**7505 Metro Blvd Ste 400**
**Minneapolis, MN 55439**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.186 Nonpriority creditor's name and mailing address**
**River Capital Partners, LLC**
**36 Airport Rd.**
**Lakewood, NJ 08701**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187 Nonpriority creditor's name and mailing address**
**River Link**
**P. O. Box 646000**
**Cincinnati, OH 45264**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188 Nonpriority creditor's name and mailing address**
**Room for More**
**P.O. Box 499**
**Laredo, TX 78042**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,525.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 2: Additional Page

**3.189 Nonpriority creditor's name and mailing address**

**Rosalba Gonzalez Acosta**

**Badian #5506**
**Fracc. El Nogal**

**Nuevo Laredo, Mexico 88290,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

**Rotex Truck Center**

**11802 Sara Road**

**Laredo, TX 78045**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.191 Nonpriority creditor's name and mailing address**

**Ryder Truck Rental (Walsh & Gaertner)**

**24 4th St. E**

**Saint Paul, MN 55101**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.192 Nonpriority creditor's name and mailing address**

**Ryder Truck Rental, Inc.**

**P. O. Box 96723**

**Chicago, IL 60693**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$329,884.04**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ______

**Part 2:** Additional Page

**3.193 Nonpriority creditor's name and mailing address**
**Samsara Inc.**
**1 De Haro Street**
**San Francisco, CA 94107**

**As of the petition filing date, the claim is:** **$91,064.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.194 Nonpriority creditor's name and mailing address**
**SANTANDER BANK, N.A**
**PO BOX 961211**
**FORT WORTH, TX 76161**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.195 Nonpriority creditor's name and mailing address**
**Sega Carriers**
**Carretera Nacional S/N-KM 22**
**Nuevo Laredo, Mexico 88295,**

**As of the petition filing date, the claim is:** **$23,405.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.196 Nonpriority creditor's name and mailing address**
**Sega Carriers**
**Arco Vial No. 4 Colonia Moises Saenz**
**Apodaca, Mexico,**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.197 Nonpriority creditor's name and mailing address**
Sergio Moises Morales Diaz
Priv. Eugenio Aguirre #703
Col. Francisco Villa
Nuevo Laredo, Mexico 88284,

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* — unknown
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.198 Nonpriority creditor's name and mailing address**
Silver Angel Estate c/o E. Villegas, Ex.
c/o Austin Townsend
509 Milam St.
Shreveport, LA 71101

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* — unknown
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** vehicle collision

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.199 Nonpriority creditor's name and mailing address**
Skybitz
2300 Dulles Station Blvd. #600
Herndon, VA 20171

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* — $1,000.00
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.200 Nonpriority creditor's name and mailing address**
South Texas Truck Centers
1661 World Trade Center Loop
Laredo, TX 78045

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* — $204,438.00
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.201** **Nonpriority creditor's name and mailing address**
South Texas Truck Centers
102 Blue Ridge Pkwy
Laredo, TX 78045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,200.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**
Southern Connector
P. O. Box 408
Piedmont, SC 29673

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$66.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**
Stuart-Lippman and Associates, Inc.
5447 East Fifth Street
Tucson, AZ 85711

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$7,082.06**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**
Sumitomo Mitsui Fin and Lsg
666 Third Avenue 8th Floor
New York, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.205** **Nonpriority creditor's name and mailing address**
**Sumitomo Mitsui Finance and Leasing**
**ATTN: Lease Administration**
**666 Third Avenue 8th Floor**
**New York, NY 10017**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 1

**As of the petition filing date, the claim is:** **$99,945.26**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**
**Sumitomo Mitsui Finance and Leasing**
**ATTN: Lease Administration**
**666 Third Avenue 8th Floor**
**New York, NY 10017**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 2

**As of the petition filing date, the claim is:** **$164,336.05**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.207** **Nonpriority creditor's name and mailing address**
**Sumitomo Mitsui Finance and Leasing**
**ATTN: Lease Administration**
**666 Third Avenue 8th Floor**
**New York, NY 10017**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 0 3

**As of the petition filing date, the claim is:** **$14,454.03**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**
**Taller Rigo**
**Francisco Villa**

**Nuevo Laredo, Mexico 88283,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.209** **Nonpriority creditor's name and mailing address**
Taxation & Revenue New Mexico
P. O. Box 5188
Santa Fe, NM 87502

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,660.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210** **Nonpriority creditor's name and mailing address**
Tempus, Inc.
230 Park Avenue Ste 935/950
New York, NY 10169

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211** **Nonpriority creditor's name and mailing address**
TES Transportes Esteban
Av. Isidro Fabela Colonia Ojo de agua
San Pablo Autopan
Toluca, Mexico 50290,

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**
Texas Attorney General
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.213** **Nonpriority creditor's name and mailing address**
**Texas Comptroller of Public Accounts**
**Revenue Acct Division - Bankruptcy**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**
**Texas Comptroller of Public Accounts**
**5219 McPherson #302**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.215** **Nonpriority creditor's name and mailing address**
**Texas Dept. of Motor Vehicles**
**4000 Jackson Avenue**
**Austin, TX 78731**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$750.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**
**Texas Workforce Commission**
**101 E. 15th St. Rm 354 Main**
**Austin, TX 78778**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 2: Additional Page

**3.217 Nonpriority creditor's name and mailing address**
**The Fuentes Firm**
**5507 Louetta Road Ste. A**
**Spring, TX 77379**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,177.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.218 Nonpriority creditor's name and mailing address**
**T-Mobile**
**12920 SE 38th St.**
**Bellevue, WA 98007**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.219 Nonpriority creditor's name and mailing address**
**Tracto Mac**
**C. Lago de Chapala 6280**
**Del Valle**
**Nuevo Laredo, Mexico 88290,**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.220 Nonpriority creditor's name and mailing address**
**Trainor Lawfirm**
**Re: E. Villegas/Silver Angel**
**661 River Highland Blvd 3200**
**Covington, LA 70433**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** vehicle collision

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.221 Nonpriority creditor's name and mailing address**

Trans Logisticos de Carga, SA de CV
Carretera Nacional KM 7.5
Col. La paz, cp 88295
Nuevo Laredo, Tams.,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

Transportacion Y Logistics De La Cruz
Carretera A Silanas Victor
Salinas Victoria
Nuevo Leon, Mexico 65500,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$775.00**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.223 Nonpriority creditor's name and mailing address**

Transportacion Y Logistics De La Cruz
9114 McPherson Apt 4306
Laredo, TX 78045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

Transportes Estaban SA de CV
9505 Mines Road Ste 116
Laredo, TX 78045

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,400.00**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.225** **Nonpriority creditor's name and mailing address**
Transportes Esteban SA de CV
AV Isidro Fabela S/N
Toluca, MX CP 50290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**
Transportes Innovat. S.A.de C.V.
Carr. Nacional Kilometro 10.5 Poniente
Nuevo Laredo, Mexico 88295,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**
Transportes Mon-Ro
Carretera Monterrey - Laredo KM
Cienega De Flores
Nuevo Leon, Mexico 65550,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**
Transportes Mon-Ro, SA de CV
Carretera Piedras Negras
Km 14.3
Ejido Cruz, Mexico,

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.229** **Nonpriority creditor's name and mailing address**
**Transportes Montoya Sanchez**
**Calle Acesso Num 2300**
**Col. Presa de las Casas**
**Arteaga, Mexico 25300,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.230** **Nonpriority creditor's name and mailing address**
**Transportes Tres Torres**
**Plan de Ayala 603, Emiliano Zapata**
**Nuevo Leon, Mexico 65500,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.231** **Nonpriority creditor's name and mailing address**
**Trautman Garcia/D# Real Estate Con.**
**7110 Rocio Dr. #13**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**
**Trautmann Garcia**
**7110 Rocio Drive #13**
**Laredo, TX 78041**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$24,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.233 Nonpriority creditor's name and mailing address**

**TUM Transportistas**
**Carretera A. Silas Victor**
**Salinas Victoria**
**Nuevo Leon, Mexico 88295,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$286,296.01**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

**Tum Transportistas Unidos Mexicanos**
**carretera al aeropuerto km #300**
**Nuevo Laredo, Mexico 88295,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.235 Nonpriority creditor's name and mailing address**

**Tylor Jones**
**17387 Carl Shelton Lane**
**Tickfaw, LA 70466**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** **notice only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

**U.S. Department of Transportation**
**1200 New Jersey Ave. SE**
**Washington, DC 20590**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Notice only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.237** **Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**14925 Kingsport Rd.**
**Ft. Worth, TX 76155**

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**
**Uber**
**1515 3rd Street**
**San Francisco, CA 94158**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.239** **Nonpriority creditor's name and mailing address**
**United Independent School District**
**ATTN: Monica Madrigal**
**3501 E Sauders**
**Laredo, TX 78041**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.240** **Nonpriority creditor's name and mailing address**
**United Independent School District**
**Castillo, Reyes & Del Rio Group**
**400 E. Hillside Road**
**Laredo, TX 78041**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.241** **Nonpriority creditor's name and mailing address**
**United International Transport**
**1214 Beltway Pkwy**
**Laredo, TX 78045**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.242** **Nonpriority creditor's name and mailing address**
**United States Attorney**
**Attn: AUSA**
**601 N.W. Loop 410 #600**
**San Antonio, TX 78216**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.243** **Nonpriority creditor's name and mailing address**
**United States Attorney**
**1100 Commerce St. 3rd Floor**
**Dallas, TX 75242-1699**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**
**VFS - Volvo Financial Services**
**8003 Piedmont Triad Pkwy**
**Greensboro, NC 27409**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.245** **Nonpriority creditor's name and mailing address**
Villegas vs. TUM Logistics
433 Metairie Road #600
Metairie, LA 70005

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.246** **Nonpriority creditor's name and mailing address**
Walmart
5610 San Bernardo Avenue
Laredo, TX 78041

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.247** **Nonpriority creditor's name and mailing address**
Webb County
c/o Javier Montemayor, Jr.
1016 Juarez Ave.
Laredo, TX 78040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**
Webb County Appraisal District
3302 Clark Blvd
Laredo, TX 78043-3346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** notice only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)* ____________

**Part 2:** Additional Page

**3.249 Nonpriority creditor's name and mailing address**
**Webb County Tax Assessor-Collector**
**1110 Victoria St Suite 107**
**Laredo, TX 78040**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.250 Nonpriority creditor's name and mailing address**
**Webb CtyDistClk/#2024TXA000419-D4**
**Attn.: Manuel Gutierrez**
**P.O. Box 667**
**Laredo, TX 78042**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.251 Nonpriority creditor's name and mailing address**
**Webb CtyDistClk/#2025CVH001985D2**
**Attn.: Manuel Gutierrez**
**P.O. Box 667**
**Laredo, TX 78042**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.252 Nonpriority creditor's name and mailing address**
**Webb CtyDistClk/2026 CVH 000680D1**
**Attn.: Manuel Gutierrez**
**P.O. Box 667**
**Laredo, TX 78042**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **notice only**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

**Part 2:** Additional Page

**3.253** **Nonpriority creditor's name and mailing address**

**Webb CtyDistClk/2026CVH000680D1**
**Attn.: Manuel Gutierrez**
**P.O. Box 667**
**Laredo, TX 78042**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**

**Wex Fleet One**
**613 Bakertown Road**
**Antioch, TN 37013**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.255** **Nonpriority creditor's name and mailing address**

**YBM Transportes**
**Carretera a Piedras Negras KM**
**13.5 S. Ejido Las Cruez**
**Nuevo Laredo, Mexico 88000,**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$9,367.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Tum Logistics Carrier Division, Inc.**
Name

Case number *(if known)*

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$132,102.83** |
| 5b. **Total claims from Part 2** | 5b. | + | **$8,556,999.30** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$8,689,102.13** |

Fill in this information to identify the case:

Debtor name Tum Logistics Carrier Division, Inc.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): Chapter 7

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name **Tum Logistics Carrier Division, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas** (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rafael Tawil Rizo** | **3311 Tiger Court**<br>Street<br><br>**Laredo, TX 78045**<br>City State ZIP Code | **Crossroads Equipment Lease & Finance** | ❑ D<br>☑ E/F<br>❑ G |
| 2.2 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Debtor Tum Logistics Carrier Division, Inc. Case number (if known) ____________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | ____________ | ____________<br>Street<br>____________<br>____________<br>City State ZIP Code | ____________ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | ____________ | ____________<br>Street<br>____________<br>____________<br>City State ZIP Code | ____________ | ❑ D<br>❑ E/F<br>❑ G |

| Fill in this information to identify the case: |
|---|
| Debtor name **Tum Logistics Carrier Division, Inc.** |
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): |

❑ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ❑ *Amended Schedule* ____________________
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/27/2026**
MM/ DD/ YYYY

✗ **/s/ Rafael Tawil**
Signature of individual signing on behalf of debtor

**Rafael Tawil**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Tum Logistics Carrier Division, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>❑ Other | **$0.00** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **$14,556,781.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **$23,618,475.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

❑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | **sale of tractor** | |
| | | | **vehicle sales** | **x** |
| | | | **refund from RTS Financial** | **$26,939.45** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | **sales of tractors** | |

**For the year before that:** From **01/01/2024** to **12/31/2024** **vehicle sales**
MM/ DD/ YYYY MM/ DD/ YYYY

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| | Creditor | Description | Date | Value |
|---|---|---|---|---|
| 5.1. | **Crossroads Equipment Lease and Finance**<br>Creditor's name<br>**9385 Haven Ave.**<br>Street<br>**Rancho Cucamonga, CA 91730**<br>City State ZIP Code | **10 2023 International LT tractors** | **1/26** | **$350,000.00** |
| 5.2. | **Sumitomo Mitusi Finance and Leasing Co..LTD**<br>Creditor's name<br>**666 3rd Ave. 8th Floor**<br>Street<br>**New York, NY 10017**<br>City State ZIP Code | **4 2023 International LT tractors** | **1/26** | **$160,000.00** |
| 5.3. | **Ascentium Capital**<br>Creditor's name<br>**23970 US 59**<br>Street<br>**Kingwood, TX 77339**<br>City State ZIP Code | **2 2023 International LT tractors** | **1/26** | **$70,000.00** |
| 5.4. | **Diesel Leasing and Financial Services**<br>Creditor's name<br>**16945 Northchase Dr. #1610**<br>Street<br>**Houston, TX 77060**<br>City State ZIP Code | **2020 Freightliner Cascadias** | **1/26** | **$120,000.00** |
| 5.5. | **BMO Commercial Bank**<br>Creditor's name<br>**3925 Fountain Blvd. NE #105**<br>Street<br>**Cedar Rapids, IA 52411**<br>City State ZIP Code | **2 2024 Freightliner Cascadias** | **1/26** | **$120,000.00** |
| 5.6. | **Bank of America**<br>Creditor's name<br>**16100 N. Dallas Pkwy.**<br>Street<br>**Bankruptcy Department**<br>**Addison, TX 75001**<br>City State ZIP Code | **2024 Volvo VNL 760 tractor** | **2026** | **$80,000.00** |
| 5.7. | **Romex and Tres Torres**<br>Creditor's name<br>Street<br>**Monterry, MX,**<br>City State ZIP Code | **Seized various trailers (Romex: 5 trailers $60,000); T(Tres Torres: 3 trailers, $36,000)** | **2025** | **$96,000.00** |

| | Creditor's name and address | Description | Date | Value |
|---|---|---|---|---|
| 5.8. | **Bowman Trailer Leasing** (Creditor's name)<br>**8110 Mintes Road** (Street)<br>**Laredo, TX 78045** (City State ZIP Code) | **23 trailers repossessed or surrendered to Bowman leasing and additional trailers. value undetermined approx. $25,000.00 each.** | **2026** | **$0.00** |
| 5.9. | **Bowman Trailer Leasing** (Creditor's name)<br>**8110 Mintes Road** (Street)<br>**Laredo, TX 78045** (City State ZIP Code) | **2019 Trailer, TAG#UB28358, returned to Bowman** | **7/26** | **$17,000.00** |
| 5.10. | **Bowman Trailer Leasing** (Creditor's name)<br>**8110 Mintes Road** (Street)<br>**Laredo, TX 78045** (City State ZIP Code) | **6 Trailers seized or repossessed by Bowman (some may have been sold) 2018 trailer, TAG#UB06770; 2020 trailer, TAG#001054T; 2017 Trailer, TAG#U703232, 2017 Trailer, TAG#U703237; 2021 Trailer, TAG#14145T, 2021 trailer, TAG#141463T** | **2026** | **$102,000.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Reliance Partners v Tum Logistics Carrier Division Inc.**<br>Case number<br>**2025CVH001985D2** | **Debt collection** | **Webb County District Court** (Name)<br>**P.O. Box 667** (Street)<br>**Laredo, TX 78042** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

7.2.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Laredo College | Collection of delinquent ad valorem taxes, penalties and interest | Webb County District Court (Name)<br>P.O. Box 667 (Street)<br>Laredo, TX 78042 (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 2024TXA000419-D4 | | | |

7.3.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Crossroads Equipment Lease and Finance, LLC. v. Tum Logistics Carrier Division, Inc. and Rafael Tawil | suit on lease | 49th Judicial District Court (Name)<br>(Street)<br>Laredo, TX (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 2026 CVH 000680D1 | | | |

7.4.

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Edith Villegas individually and as executor of Silver Angel's estate | wrongful death and survivorship | 22nd Judicial Dist. Ct. St. Tammany Parish, Louisiana (Name)<br>701 N. Columbia St (Street)<br>Covington, LA (City, State, ZIP Code) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number** | | | |
| 2024-110955 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City State ZIP Code | **Case number** | Street |
| | **Date of order or assignment** | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **2020 Freightliner Cascadia stolen and burned in Mexico by alleged cartel members in Nuevo Laredo** | **none. insurance did not cover vehicle in Mexico** | **2019** | **$10,000.00** |
| 10.2. | **2019 Trailer, TAG # UB31010 - Lost last location 7100 Santa Maria, moved to Sabinas, Hidalgo** | **undetermined** | **2025** | **$17,000.00** |
| 10.3. | **2016 Trailer TAG#U574258 totaled by RT501 MX Trucking Company** | **undetermined** | **2025** | **$14,000.00** |
| 10.4. | **2017 Trailer, TAG#U703055, lost - last location Entronque Laredo Salinas** | **undetermined** | **2025** | **$15,000.00** |
| 10.5. | **2020 Trailer, TAG#001042T - Lost may be at Mon-ro** | **undetermined** | **2025** | **$18,000.00** |
| 10.6. | **2016 Trailer, TAG#U57382, crashed by Tum Transportistas** | **undetermined** | **2025** | **$14,000.00** |
| 10.7. | **2016 Trailer, TAG#U552752, lost since 2018** | **undetermined** | **2018** | **$14,000.00** |
| 10.8. | **2017 Trailer, TAG#U702417, Lost - last location General Escobedo, NL, Mexico** | **undetermined** | **2025** | **$15,000.00** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **LAW OFFICES OF MARTIN SEIDLER** | **Attorney's Fee** | **2/07/2026** | **$4,250.00** |
| | **Attorney's Fee** | **2/16/2026** | **$3,750.00** |

**Address**

**One Elm Place, Suite 504**
Street
**11107 Wurzbach Road**
**San Antonio, TX 78230**
City State ZIP Code

**Email or website address**

**marty@seidlerlaw.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Cooling the World, USA LLC**<br>**Address**<br>4109 Trade Center Blvd.<br>Street<br>Laredo, TX 78045<br>City State ZIP Code<br>**Relationship to debtor**<br>none | 2020 Freightliner Cascadia: buyer took over obligation to make the remainder of the payments due, lien held by Mitisubishi Capital in the approximate amount of $5,000.00: $30,000 credited toward debt owed to Cooling the World USA, LLC. | 2/26 | $25,000.00 |

13.2.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **various trailers were sold to various buyers**<br>**Address**<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>none | | 2025 | (Unknown) |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name / Street / City State ZIP Code | | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ______

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1 Name Street City State ZIP Code XXXX– ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

Debtor **Tum Logistics Carrier Division, Inc.** Case number *(if known)*
Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | Street | | ☐ On appeal |
| | City State ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name / Street / City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Alvaro L Martinez, CPA** (Name)<br>**8218 Casa Verde Rd. A10** (Street)<br>**Laredo, TX 78041** (City State ZIP Code) | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Alvaro L. Martinez, CPA** (Name)<br>**8917 Molly Drive Unit 12** (Street)<br>**Laredo, TX 78045** (City State ZIP Code) | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Alvaro L. Martinez, CPA<br>Name<br>8917 Molly Drive Unit 12<br>Street<br>Laredo, TX 78045<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name<br>Street<br>City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name<br>Street<br>City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mauricio Quintanilla c/o Arminak Law | 330 N. Brand Blvd. #902 330 North Brand Blvd. # 920 Glendale, CA 91203 | shareholder, shareholder | 37.50% |
| Rafael Tawil Rizo | 3311 Tiger Court Laredo, TX 78045 | President, shareholder | 25.00% |
| Miguel Quintanilla Hernandez | 3311 Tiger Court Laredo, TX 78045 | shareholder, shareholder | 37.50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Tawil, Rafael**<br>Name<br>**10902 International Blvd. 108**<br>Street<br><br>**Laredo, TX 78045**<br>City State ZIP Code<br>Relationship to debtor<br>**President** | **$23,722.45** | **2025** | **payroll** |
| 30.2. | **Tawil, Rafael**<br>Name<br>**10902 International Blvd. 108**<br>Street<br><br>**Laredo, TX 78045**<br>City State ZIP Code<br>Relationship to debtor<br>**President** | **$27,300.00** | **2025** | **reimbursement** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/27/2026**
MM/ DD/ YYYY

✗ **/s/ Rafael Tawil**
Signature of individual signing on behalf of the debtor

Printed name **Rafael Tawil**

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❑ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Texas

**In re** Tum Logistics Carrier Division, Inc.

Case No. ____________________

**Debtor** Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept .................... **$8,000.00**

Prior to the filing of this statement I have received .................... **$8,000.00**

Balance Due .................... **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................... ____________

The undersigned shall bill against the retainer at an hourly rate of .................... ____________
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. **$338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

4. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/25)

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/27/2026**
*Date*

**/s/ Martin Seidler**
Martin Seidler
*Signature of Attorney*

Bar Number: 18000800
LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road
One Elm Place, Suite 504
San Antonio, TX 78230
Phone: (210) 694-0300

**LAW OFFICES OF MARTIN SEIDLER**
*Name of law firm*

Date: **10/27/2026**

**/s/ Rafael Tawil**
***Rafael Tawil***

**RESOLUTIONS ADOPTED BY THE MEMBERS OF TUM LOGISTICS CARRIER DIVISION, INC.**

I, Rafael Tawil, the duly elected, qualified, and acting Managing Member of Tum Logistics Carrier Division, Inc., do hereby certify that the following resolutions were duly adopted by the Members of such Tum Logistics Carrier Division, Inc. on May 6, 2026, and such Resolution has not been amended or revoked and is now in full force and effect, to wit:

RESOLVED, that Rafael Tawil, Managing Member of Tum Logistics Carrier Division, Inc. be, and is hereby authorized to execute and file on behalf of the said Tum Logistics Carrier Division, Inc. a petition for relief under Chapter 7 of title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas:

FURTHER RESOLVED, that Tum Logistics Carrier Division, Inc. be, and it hereby is authorized to retain the firm of Martin Seidler of San Antonio, Texas, to represent it in connection with such proceedings and to authorize that he be paid a retainer of $8,000.00 for representation of Tum Logistics Carrier Division, Inc. for services to be rendered; and it is,

FURTHER RESOLVED, that the firm of Martin Seidler of San Antonio, Texas, is hereby authorized to be retained to act on behalf of Tum Logistics Carrier Division, Inc. in connection with such proceedings.

Witness my hand and seal of such Tum Logistics Carrier Division, Inc. this 15th day of September, 2026, effective May 6, 2026.

TUM LOGISTICS CARRIER DIVISION, INC.

By: ______________________________
Rafael Tawil
Managing Member

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE: **Tum Logistics Carrier Division, Inc.**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/27/2026** Signature **/s/ Rafael Tawil**

Rafael Tawil, President

501 RT
Antiguo Camino Guanajuato de Arriba
Villas el Nogar, 25904
Ramos Arizpe, Coah, Mexico

Abraham I. C. Davila
C. Ayuntamiento Sur #12
Col. Infonavit Fundadores
Nuevo Laredo, Mexico 88275

Ace Cash Express, Inc.
Attn: Collections Department
1231 Greenway Dr #700
Irving, TX 75038

Adriana Romero Garcia
Jesus Carranza #2306
Col Guerrero
Nuevo Laredo, Mexico 88240

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Aguila Auto Glass
724 E. Florence Avenue
Los Angeles, CA 90001

Alfonso Mendez Torres
C Lago Wetter 37 Fraccionamiento
los Manantiales CP 54420
Nicolas Romero, Mexico

Ally Active Bankruptcy
Department
Ally Financial
P.O Box 130424
Roseville, MN 55113

Alvaro L. Martinez, CPA
8917 Molly Drive Unit 12
Laredo, TX 78045

Amparts Sourcing, Inc.
9117 San Mateo Drive Ste. C
Laredo, TX 78045

Amtrust (autoliability)
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

Amtrust Collateral
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

Amtrust Deductible
P. O. Box 5876
Cleveland, OH 44101

Amtrust Deductible
P. O .Box 5876
Cleveland, OH 44103

Amtrust Financial
800 Superior Avenue E 21st Floor
Cleveland, OH 44114

Amtrust Financial (Brown & Joseph)
One Pierce Place #700W
Itasca, IL 60143

Armando Rangel Esquivel
Calamento 414
C.P. 26083
Piedras Negras
Coahuila de Zaragoza, Mexico

Arturo Noe Gonzalez Martinez
Rio Tejon #86
Col. Infonavit Fundadores
Nuevo Laredo, Mexico 88275

Ascentium Capital
23970 HWY 59 N
Kingwood, TX 77339

Ascentium Capital
23970 US-59
Kingwood, TX 77339

Asset Compliant Solutions
65 Lawrence Bell Drive Ste 101
Buffalo, NY 14221

Autolineas Inter-Mex
Carretera Libre, Autop. Monterrey
65580 Cienega de Flores
Nuevo Laredo KM 26, N.L., Mexico

Autotransportes MIL
Hacienda San Antonio #6521
Nuevo Laredo, Mexico 88130

Azaneth Esmeralda Sosa Beltran
Monterrey #414
Col. Roma
Nuevo Laredo, Mexico 88285

Bank of America
Bankruptcy Department
16100 N. Dallas Pkwy.
Addison, TX 75001

Bank of America
100 N. Tryon St.
Charlotte, NC 28202

Bank of America
110 N. Wacker Drive
Chicago, IL 60606

Barranco Properties
13908 & 13920 Copper Dr.
Laredo, TX 78045

Besstpass by Fleetworthy
500 New Karner Road
Albany, NY 12205

BlueCross/BlueShield
P.O. Box 660044
Dallas, TX 75266

BMO Commercial Bank
3925 Fountains Dr. NE
Cedar Rapids, IA 52411

bmo harris bank, N.A.
111 W. Monroe St.
Chicago, IL 60603-4096

Border Recapping, LLC d/b/a
Border Tire
P. O. Box 675129
Dallas, TX 75267

Border Tire
13609 Cabezut Dr.
Laredo, TX 78045

Bowman Sales & Equipment
15935 Spielman Rd.
Williamsport, MD 21795

Bowman Sales & Equipment
10233 Governor Lane Blvd.
Williamsport, MD 21795

Bowman Trailer Leasing
8110 Mintes Road
Laredo, TX 78045

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693

Canon Financial Services, Inc.
158 Gaither Drive Ste. 200
Mount Laurel, NJ 08054

Canon Financial Servines, Inc.
14904 Collections Center Drive
Chicago, IL 60693

Carlos A. Valdivia de Leon
C. S Guardiola #6014,
Col. Villas del Sur
Nuevo Laredo, Mexico 88290

Castillo, Reyes & Del Rio Law Group, LLC
401 E Hillside Road
Laredo, TX 78041

CD Express, SA de CV
Fraccionamiento America 1
Nuevo Laredo, Mexico 88293

Citibank/The Home Depot
Citicorp Cr Svcs/Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179

City of Cumby Municipal Court
P. O. Box 349
Cumby, TX 75433

City of Laredo
Tax Assessor-Collector
P.O. Box 6548
Laredo, TX 78042

City of Laredo
Tax Assessor - Collector
P. O. Box 6548
Laredo, TX 78042

City of Laredo
1102 Bob Bullock Loop
Laredo, TX 78042

City of Laredo
Flores, Flores & Canales
5517 McPherson Road #15
Laredo, TX 78041

Claudia Catalina Cuellar Lara
Av. Alvaro Obregon #2339
Col. Juarez
Nuevo Laredo, Mexico 88209

Comdata, Inc.
5301 Maryland Way Ste 100
Brentwood, TN 37027

Cooling The World USA LLC
4109 Trade Center Blvd.
Laredo, TX 78045

Corp. CLC Solutions, S De R.L. De CV
Carretera Libramiento MEX II, #0
Int. O., EJido El Progreso E. Santos
Nuevo Laredo, Mexico 88000

Corporation CLC Solutions S De RL de CV
Arco Vial #5, Apodaca
Neuvo Leon, Mexico 66613

Crossroads Equipment Lease
Padfield & Stout
100 Throckmorton St. #700
Fort Worth, TX 76102

Crossroads Equipment Lease & Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730

Crossroads Equipment Lease & Finance
9385 Haven Avenue
Rancho Cucamonga, CA 91730

D3 Real Estate Consultants, Inc.
P.O. Box 592226
San Antonio, TX 78259

Daimler Truck Financial
14372 Heritage Parkway
Fort Worth, TX 76177

Daniel Camarillo Trejo
Chihuahua #510
Col. Enrique Cardenas Gonzalez
Nuevo Laredo, Tamaulipas, CP 88295

DAT Solutions
10260 SW Greenburg Road Ste 464
Portland, OR 97223

Diesel Leasing & Finance
16945 Northchase Dr. #1610
Houston, TX 77060

Digital Display Solutions
318 Martin Avenue
Santa Clara, CA 95050

Digital Display Solutions, INc.
12223 San Pedro Ave
San Antonio, TX 78216

Digital Document Solutions
8640 San Lorenzo Dr. #A
Laredo, TX 78045

Doggett Freightliner
12002 FM 1472
Laredo, TX 78045

Doggett Freightliner of South Texas, LLC
12002 FM 1472
Converse, TX 78109

DX X-press, SA de CV
Libramiento Mex II
Km 24.5.
Nuevo Laredo, Mexico 88000

Eastern Funding
213 West 35th Street
New York, NY 10001

Edith Villegas indiv.&
as executor Silver Angel Est.
c/o Austin Townsend, 509 Milam St.
Shreveport, LA 71101

Edna Dinorah M. Monzon
C. Francisco M Parra Norte #41
Col. Infonavit Fundadores
Nuevo Laredo, Tamaulipas, CP 88275

EFS - Wex
P. O. Box 57748
Salt Lake City, UT 84157

EFS, LLC
4031 Aspen Grove Dr. #350
Franklin, TN 37067

EIGS Global Interchanges
6108 McPherson Road
Laredo, TX 78041

Enlaces de Transportes Int.
SA de CV
Venazuela 1901 Col. Guerrero CP
Nuevo Laredo, Mexico 88240

Equify Financial
6500 W. Freeway #900
Fort Worth, TX 76116

Esther Heredia Cantu
Daniel Hernandez Isais #8915
Col. La Joya
Nuevo Laredo, Tamaulipas, CP 88125

Express Shipping Solutions
3311 Tiger Court
Laredo, TX 78045

Farmers Insurance
P. O. Box 149226
Austin, TX 78714-9226

Faro Factoring
7613 Rocio Dr. #1
Laredo, TX 78041

Fernando Martinez Hernanez
Canales #1306
Col. Victoria
Nuevo Laredo, Mexico 88030

Ferremac
Vulkanizadora eva samano
C Eva Samano 1829 Parque Indus.
Longoria
Nuevo Laredo, Mexico 88134

FIA/Bank of America
Bankruptcy Dept. NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410

Fidel Angel Zamarron
Villanueva
Aguila 2104 Lomas Del Rio CP
Nuevo Laredo, Mexico 88179

Financial Pacific Leasing
3455 S 344th Way Ste 300
Auburn, WA 98001

FINVI Payments
700 District Ave 9th floor
Burlington, MA 01803

First Insurance Funding
135 S. LaSalle St. Dept. 8075
Chicago, IL 60674-8075

First Insurance Funding
450 Skokie Blvd. #1000
Northbrook, IL 60062

Flagstar Financial and Leasing LLC
100 Duffy Ave. #402
Hicksville, NY 11801

Flexcoah SA DE CV
Lib. Jose Lopez Portillo 206
Los Laurelees, 25357
Arteaga, Coah, Mexico

Flores, Flores & Canales, PLLC
5517 McPherson Road Ste. 15
Laredo, TX 78041

Francisco Javier Alba De la Cruz
Av. Leona Vicario #28, Col. La Joya
Nuevo Laredo, Mexico 88240

Freed Jesus Rodriguez Garcia
C Florencio Alvarado #11
Col Nueva Era
Nuevo Laredo, Mexico 88136

Fuentes Firm
1846 N. Loop 1604 W. #205
San Antonio, TX 78232

Gabriela Bereniz Salazar Melendez
C. Cerro del Grillo #704
Fracc. Colinas del Sur
Nuevo Laredo, Mexico 88296

Gerardo Madera Medina
C. Zihuatanejo #1033
Col. Buenavista
Nuevo Laredo, Mexico 88120

Geronimo Munoz Guzman
Calle 26 #401
Fracc. Valles de Anahuac
Nuevo Laredo, Mexico 88285

Global Interchanges, LLC
133 Yellowstone Lake Drive
Laredo, TX 78041

Gmc Lubricantes de Importacion SA de CV
Enrique Cardenas Gonzalez
Nuevo Laredo, Mexico 88295

Grupo Transportista R-Mex, SA de CV
Avenida, Gonzalitos #250A 2do
Piso, Vista Hermosa
Monterrey, Mexico 64460

Heriberto David Zuniga Chaires
Articulo 18 823 Nte
Col. Constitucional
Nuevo Laredo, Mexico 88177

Industria Vital de NL SA de CV
Belisario Dominguez 3835
Col. Jardin, Nuevo Laredo, Mexico

Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701

Internal Revenue Service
Special Procedures Insolv.Sec.
P.O. Box 7346
Philadelphia, PA 19101

IPFS Corporation
1055 Broadway 11th Floor
Kansas City, MO 64105

Ivan Villanueva Chacon
Fernando Canto #71 Nte
Col. Infonavit Fundadores
Nuevo Laredo, Mexico 88275

Jesus Adad Pena Sifuentes
Lincoln #5615, Col. Palacios
Nuevo Laredo, Mexico 88220

Jesus Osvaldo Alanis Frayre
Pol. Berlin #1757
Col Unidad Nacional
Nuevo Laredo, Mexico 88135

JM Forwarding
7100 Santa Maria Ave.
Laredo, TX 78041

Jonnatan Horacio Gonzalez Solies
Cda Toluca #40
Pblo San Juan Atlamica
Cuautitlan Izaclli, Mexico CP 54729

Jose Angel E Valadez
Anillo Electronico
243 Co. Torre de Santo Domingo
Nuevo Leon, San Nicolas de la Garza

Jose E. Marquez Martinez
Carmen U de Rendon #1319
Fracc Nuevo Progreso, Nuevo Laredo
Tamaulipas, CP 88177

Jose Eleazar C. Hernandez
San Martin #65
Col. Loma de la Cruz
Nicolas Romero, Edo
de Mexico, CP 54475

JP Ideas, LLC
1812 Commerce Dr. #8
Laredo, TX 78041

Karla Regina Hernandez
Ibarra
Ocampo #4152
Col. Campestre
Nuevo Laredo
Tamaulipas, CP 88278

Kazen, Meurer & Perez, LLP
P.O. Box 6237
Laredo, TX 78041

Kyrish Truck Centers
1380 Ackerman Road
San Antonio, TX 78219

Laredo Antidoping Agency LLC
302 Crossroads Ste. F
Laredo, TX 78045

Laredo Bridge Systems
1209 Water Street
Laredo, TX 78040

Laredo College
5500 South Zapata Highway
Laredo, TX 78046

Laredo Community College
c/o Kazen, Meurer & Perez, LLP
211 Calle Del Norte Ste. 200
Laredo, TX 78041

Law Offices of Isaac H. Greenfield PLLC
2 Executive Boulevard
Suffern, NY 10901

Llantas y Refacciones de Matamoros
Carr Nacional Mexico Laredo
7810 los Aviadores
Nuevo Laredo, Mexico 88295

Luis Israel Sanchez Sandoval
Chenalho MZA LT
6 Lomas Del Pedregal C.P.
14220 Tlalpan, D.F.

M & T Equipment Finance Corp.
345 Main Street
Buffalo, NY 14203

MAC Conexiones y Mangueras
Jesus Carranza #2306
Col. Guerrero
Nuevo Laredo, Mexico 88187

Mario Alberto Mauricio Flores
Rio Volga #828
Col. Arturo C Villada VYT II
Nuevo Laredo, Mexico 88125

Martinez Diesel Repair
8001 San Dario Avenue
Laredo, TX 78045

Mauricio Quintanilla
c/o Arminak Law
330 N. Brand Blvd. #902
Glendale, CA 91203

McKinney Trailer Leasing
2601 Saturn St. #100
Brea, CA 92821

McKinney Trailer Rentals
P. O. Box 515574
Los Angeles, CA 90051

McKinney Vehicle Services, Inc.
4450 B St NW
Auburn, WA 98001

Mcleod (Szabo Associates)
3355 Lenox Road NE Ste 945
Atlanta, GA 30326

McLeod Software
100 Corporate Parkway
Birmingham, AL 35242

Melanie Marian Carreon Heredia
Cerro de la Bufa #760
Col. Colinas del Sur
Nuevo Laredo, Mexico 88296

Mexus Cold Storage
1214 Beltway Pkwy
Laredo, TX 78045

Microsoft
750 Town and Country Blvd Ste 1000
Houston, TX 77024

Microsoft
4331 Communications Drive
Irving, TX 75039

Miguel Angel Pena Gomez
Agerato #809
Fracc. Valles de Anahuac
Nuevo Laredo, Mexico 88285

Miguel Armando Ayala Marrufo
Leona Vicario #1514
Col. Guerrero
Nuevo Laredo, Mexico 88240

Miguel Quintanilla Hernandez
3311 Tiger Court
Laredo, TX 78045

Mitsubishi
3700 River Walk Drive Ste 145
Flower Mound, TX 75028

Mitsubishi HC Capital
21925 Network Place
Chicago, IL 60673

Mitsubishi HC Capital America, Inc.
777 International Parkway #240
Mckinney, TX 75072

Montemayor & Saenz, PLLC
1020 Juarez Avenue
Laredo, TX 78040

Multiservicio Adam
Tricornio 9309 Col Enrique Cardenas CP
Nuevo Laredo, Mexico 88200

Multiservicio Adam
Tricornio 9309 Col Enrique Cardenas CP
Nuevo Laredo
Tamaulipas, CP 88200

Muralla Tires
407 Interamerica Blvd.
Laredo, TX 78045

New York State Thruway Authority
P. O. Box 15030
Wilmington, DE 19850

North Texas Toll Authority (NTTA)
2800 Commerce Dr.
Harrisburg, PA 17110

NP Wireless, LLC
3002 O Henry Drive
Laredo, TX 78041

Oklahoma Turnpike Authority
P. O. Box 248935
Oklahoma City, OK 73124

Omnitracts, LLC
1500 Solana Boulevard Bldg. 6
Roanoke, TX 76262

Oregon Dept. Trans. CCD
455 Airport Rd. SE Bldg a
Salem, OR 97307

Osvaldo Acevedo Arrguin
Chenalho MZA LT 6
Lomas Del Pedregal CP
14220 Tlalpan, D.F.

Patricia Barrera, RTA
1110 Victoria #107
Laredo, TX 78040

Pedro Marquez Mendez
C. San Vicente #935
Fracc, Villas de San Miguel
Nuevo Laredo, Mexico 88283

Penske Truck Leasing
Rt. 10 Green Hills
Reading, PA 19603

Penske Truck Leasing (Clark Hill)
2001 Market St. #2620
Philadelphia, PA 19103

People's United Equipment Finance Corp.
1300 Post Oak Boulevard Ste 1300
Houston, TX 77056

Pilot Company
5508 Lonas Drive
Knoxville, TN 37909

Pilot Travel Centers
14070 Mines Road
Laredo, TX 78045

Pitney Bowes
3001 Summer St.
Stamford, CT 06905

Pure Water Partners, LLC
123 S 3rd Avenue Ste. 28
Sandpoint, ID 83864

Qualitas Web
C Veracruz 1656
Madero, 88270 Nuevo Laredo, Tamps

Rafael Beltran Gaona
Berlin #2014
Col. 20 de Noviembre
Nuevo Laredo, Mexico 88134

Rafael Tawil Rizo
3311 Tiger Court
Laredo, TX 78045

Raven F. Benoit
Duplas, APLC
433 Metairie Rd. #600
Metairie, LA 70005

Reliance Partners
c/o Lawrence J. Falli
3821 Juniper Trace Ste. 108
Austin, TX 78738

Reliance Partners (Barnett & Garcia)
3821 Juniper Trace #108
Austin, TX 78738

Reliance Partners, LLC
P. O. Box 11227
Chattanooga, TN 37401

Rene Alexis Garcia Sosa
Palmenos #25
Col Mier y Teran
Nuevo Laredo, Mexico 88240

Reynaldo Requena Rodriguez
C. Mar del Coral #938
Nuevo Laredo, Mexico 88290

RG Tire
Carr Nacional Mexico Laredo
7810 Los Aviadores
Nuevo Laredo, Mexico 88295

RGSL Central
7505 Metro Blvd Ste 400
Minneapolis, MN 55439

River Capital Partners, LLC
36 Airport Rd.
Lakewood, NJ 08701

River Link
P. O. Box 646000
Cincinnati, OH 45264

Room for More
P.O. Box 499
Laredo, TX 78042

Rosalba Gonzalez Acosta
Badian #5506
Fracc. El Nogal
Nuevo Laredo, Mexico 88290

Rotex Truck Center
11802 Sara Road
Laredo, TX 78045

Ryder Truck Rental (Walsh & Gaertner)
24 4th St. E
Saint Paul, MN 55101

Ryder Truck Rental, Inc.
P. O. Box 96723
Chicago, IL 60693

Samsara Inc.
1 De Haro Street
San Francisco, CA 94107

SANTANDER BANK, N.A
PO BOX 961211
FORT WORTH, TX 76161

Sega Carriers
Carretera Nacional S/N-KM 22
Nuevo Laredo, Mexico 88295

Sega Carriers
Arco Vial No. 4 Colonia Moises Saenz
Apodaca, Mexico

Sergio Moises Morales Diaz
Priv. Eugenio Aguirre #703
Col. Francisco Villa
Nuevo Laredo, Mexico 88284

Silver Angel Estate c/o E. Villegas, Ex.
c/o Austin Townsend
509 Milam St.
Shreveport, LA 71101

Skybitz
2300 Dulles Station Blvd. #600
Herndon, VA 20171

South Texas Truck Centers
1661 World Trade Center Loop
Laredo, TX 78045

South Texas Truck Centers
102 Blue Ridge Pkwy
Laredo, TX 78045

Southern Connector
P. O. Box 408
Piedmont, SC 29673

Stuart-Lippman and
Associates, Inc.
5447 East Fifth Street
Tucson, AZ 85711

Sumitomo Mitsui Fin and Lsg
666 Third Avenue 8th Floor
New York, NY 10017

Sumitomo Mitsui Finance and
Leasing
ATTN: Lease Administration
666 Third Avenue 8th Floor
New York, NY 10017

Taller Rigo
Francisco Villa
Nuevo Laredo, Mexico 88283

Taxation & Revenue New
Mexico
P. O. Box 5188
Santa Fe, NM 87502

Tempus, Inc.
230 Park Avenue Ste 935/950
New York, NY 10169

TES Transportes Esteban
Av. Isidro Fabela Colonia Ojo de agua
San Pablo Autopan
Toluca, Mexico 50290

Texas Attorney General
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711

Texas Comptroller of Public Accounts
Revenue Acct Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Comptroller of Public Accounts
5219 McPherson #302
Laredo, TX 78041

Texas Dept. of Motor Vehicles
4000 Jackson Avenue
Austin, TX 78731

Texas Workforce Commission
101 E. 15th St. Rm 354 Main
Austin, TX 78778

The Fuentes Firm
5507 Louetta Road Ste. A
Spring, TX 77379

T-Mobile
12920 SE 38th St.
Bellevue, WA 98007

Tracto Mac
C. Lago de Chapala 6280
Del Valle
Nuevo Laredo, Mexico 88290

Trainor Lawfirm
Re: E. Villegas/Silver Angel
661 River Highland Blvd 3200
Covington, LA 70433

Trans Logisticos de Carga, SA de CV
Carretera Nacional KM 7.5
Col. La paz, cp 88295
Nuevo Laredo, Tams.

Transportacion Y Logistics De La Cruz
Carretera A Silanas Victor
Salinas Victoria
Nuevo Leon, Mexico 65500

Transportacion Y Logistics De La Cruz
9114 McPherson Apt 4306
Laredo, TX 78045

Transportes 3 Torres
Plan de Ayala 603
Emiliano Zapata
Salinas Victoris, Nuevo Leon
Mexico

Transportes Estaban SA de CV
9505 Mines Road Ste 116
Laredo, TX 78045

Transportes Esteban SA de CV
AV Isidro Fabela S/N
Toluca, MX CP 50290

Transportes Innovat. S.A.de C.V.
Carr. Nacional Kilometro 10.5 Poniente
Nuevo Laredo, Mexico 88295

Transportes Mon-Ro
Carretera Monterrey - Laredo KM
Cienega De Flores
Nuevo Leon, Mexico 65550

Transportes Mon-Ro, SA de CV
Carretera Piedras Negras
Km 14.3
Ejido Cruz, Mexico

Transportes Montoya Sanchez
Calle Acesso Num 2300
Col. Presa de las Casas
Arteaga, Mexico 25300

Transportes Tres Torres
Plan de Ayala 603, Emiliano Zapata
Nuevo Leon, Mexico 65500

Trautman Garcia/D# Real Estate Con.
7110 Rocio Dr. #13
Laredo, TX 78041

Trautmann Garcia
7110 Rocio Drive #13
Laredo, TX 78041

TUM Transportistas
Carretera A. Silas Victor
Salinas Victoria
Nuevo Leon, Mexico 88295

Tum Transportistas Unidos Mexicanos
carretera al aeropuerto km #300
Nuevo Laredo, Mexico 88295

Tylor Jones
17387 Carl Shelton Lane
Tickfaw, LA 70466

U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, DC 20590

U.S. Small Business Administration
14925 Kingsport Rd.
Ft. Worth, TX 76155

Uber
1515 3rd Street
San Francisco, CA 94158

United Independent School District
ATTN: Monica Madrigal
3501 E Sauders
Laredo, TX 78041

United Independent School District
Castillo, Reyes & Del Rio Group
400 E. Hillside Road
Laredo, TX 78041

United International Transport
1214 Beltway Pkwy
Laredo, TX 78045

United States Attorney
Attn: AUSA
601 N.W. Loop 410 #600
San Antonio, TX 78216

United States Attorney
1100 Commerce St. 3rd Floor
Dallas, TX 75242-1699

VFS - Volvo Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409

Villegas vs. TUM Logistics
433 Metairie Road #600
Metairie, LA 70005

Walmart
5610 San Bernardo Avenue
Laredo, TX 78041

Webb County
c/o Javier Montemayor, Jr.
1016 Juarez Ave.
Laredo, TX 78040

Webb County Appraisal District
3302 Clark Blvd
Laredo, TX 78043-3346

Webb County Tax Assessor-Collector
1110 Victoria St Suite 107
Laredo, TX 78040

Webb CtyDistClk / #2024TXA000419-D4
Attn.: Manuel Gutierrez
P.O. Box 667
Laredo, TX 78042

Webb CtyDistClk / #2025CVH001985D2
Attn.: Manuel Gutierrez
P.O. Box 667
Laredo, TX 78042

Webb CtyDistClk / 2026 CVH 000680D1
Attn.: Manuel Gutierrez
P.O. Box 667
Laredo, TX 78042

Webb CtyDistClk / 2026CVH000680D1
Attn.: Manuel Gutierrez
P.O. Box 667
Laredo, TX 78042

Wex Fleet One
613 Bakertown Road
Antioch, TN 37013

YBM Transportes
Carretera a Piedras Negras KM
13.5 S. Ejido Las Cruez
Nuevo Laredo, Mexico 88000